# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| COMERICA BANK & TRUST, N.A., as Personal Representative of the Estate of Prince Rogers Nelson, ) ) ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | Case No. CIV-18-527-D |
| PHIL SHADID, ) ) | |
| Defendant. ) | |

## JUDGMENT AND PERMANENT INJUNCTION

Based upon the parties' Stipulation for Entry of Judgment and Permanent Injunction [Doc. No. 11], it is hereby Ordered and Adjudged that:

1. Defendant, and anyone acting in concert with him, shall be and hereby is permanently enjoined from reproducing, posting, uploading, displaying, transmitting, copying, selling or distributing any musical composition, sound recording, video, or live musical performance written or performed by Prince Rogers Nelson ("Prince").[1]

2. Defendant shall pay all money obtained as a result of reproducing, posting, uploading, displaying, transmitting, copying, selling or distributing any musical composition, sound recording, video, or live musical performance, written or

---

[1] The titles Defendant uploaded and distributed include Nasty Girl (Reg. No. PA0000154470), Wet Dream (Reg. No. PA0000154467), Drive Me Wild (Reg. No. PA0000154464), If a Girl Answers (Reg. No. PA0000154465), Make-Up (Reg. No. PA0000154468), Bite the Beat (Reg. No. PA0000154469) and 3 x 2 = 6 (Reg. No. PA0000154466). [Doc. Nos. 1, 11].

performed by Prince, whether from TuneCore, YouTube, or any other source, to Plaintiff in its capacity as Personal Representative of the Prince Estate. Payment shall be made within 90 days of this Judgment. If any money is received after this Judgment is entered, Defendant shall pay the Prince Estate within 14 days from the date Defendant receives the payment.

3. Defendant, and all those acting in concert with him, shall within 30 days of this Judgment surrender to Plaintiff all unauthorized copies of recordings or videos that contain any musical composition, sound recording, or live musical performance written or performed by Prince.

4. This Judgment and Permanent Injunction shall be deemed to have been served upon Defendant at the time of its execution by the Court.

5. Defendant irrevocably and fully waives notice of entry of the Judgment and Permanent Injunction and understands and agrees that violation of the Judgment and Permanent Injunction will expose Defendant to all penalties provided by law, including for contempt of Court.

6. Defendant irrevocably and fully waives any and all right to appeal this Judgment and Permanent Injunction, to have it vacated or set aside, to seek or obtain a new trial thereon, or otherwise to attack in any way, directly or collaterally, its validity or enforceability.

7. This Judgment and Permanent Injunction shall be enforceable by, and to the benefit of, the Estate of Prince Rogers Nelson, Comerica Bank & Trust, N.A. as Personal Representative of the Estate of Prince Rogers Nelson, and by any entity that has

standing to appear before this Court as a successor-in-interest to the rights at issue in this litigation.

8. This Court shall retain jurisdiction of this action to entertain such further proceedings and to enter such further orders as may be necessary or appropriate to implement and enforce this injunction.

IT IS SO ORDERED this 17th day of July 2018.

_____
TIMOTHY D. DEGIUSTI
UNITED STATES DISTRICT JUDGE